**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| AVALON COUNTRY CLUB AT SHARON, INC., | : | No. 214 WAL 2016 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF HEALTH, BUREAU | : | |
| OF HEALTH PROMOTION AND RISK | : | |
| REDUCTION, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.